Lenn A. IVY, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. ED 97899.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 20, 2012.

Lisa M. Stroup, Missouri Public Defender Office, St. Louis, MO, for appellant.

Chris Koster, Attorney General, Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and LISA K. PAGE, Sp. J.

*ORDER*

PER CURIAM.

Lenn A. Ivy, Jr. appeals the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We find that the motion court did not clearly err in denying Ivy's request

for post-conviction relief without an evidentiary hearing. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).